UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE L. FLORES,<br><br>        Plaintiff,<br><br>   -against-<br><br>CITIBANK, N.A.,<br><br>        Defendant. | 24-cv-3665 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 19, 2024, order, the Court dismisses this action for lack of subject matter jurisdiction.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 8, 2024
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge